UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANDREW OSTROWSKY,

                PLAINTIFF                       Declaration of
                                                              Joy Hochstadt

v                                                                                  12 Civ. 2439 (RRM)(JO)

DEPARTMENT OF EDUCATION, NYC *et al*,
                DEFENDANTS

---

1.     I, Joy Hochstadt, duly admitted to this Court and the Courts of the State in which it is located make this declaration pursuant to 28 USC 1746.

2.     In Support of Plaintiff Andrew Ostrowsky's Opposition to the Defense Motion to Dismiss the Second Amended Complaint the following exhibits are placed before the Court.

3.     Exhibit 1. NYC DOE salary schedule.

4.     Exhibit 2. The curriculum of the Leadership Academy where new Principals are taught, not curriculum innovation, liaison with parents, staff, students, Region or Network (now) Official, staff development and support, but **How to Fire Tenured Teachers "exhibit 12 parts a -p including Preface by NY Post** which managed to obtain a copy. [n.b. the 2004 edition grievance procedure with regard to items placed in file, was nullified in the 2007-2009 contract still in effect (on continuation clause)]. Also note that a copy was sent to every Principal in the city in 2004 and thereafter.

5.     Exhibit 3 Declaration of Plaintiff as to his experiences over the summer of 2012

6.     Partial List of Schools to which Plaintiff applied within NYC and received but a very few interviews and one job offer from a new school with a newly appointed Principal, which still needed to fill many openings in August. Plaintiff also applied to over 100 schools in

suburban counties as described in his Declaration.

New York, New York
March 13, 2013

                                                                          _____
Joy Hochstadt (JH 0935)
JOY HOCHSTADT, P.C.
Attorney for Plaintiff
300 Central Park West
New York, New York 10024
212 580 9930; 212 580 9322 (fax)
joy.hochstadt.pc@gmail.com