UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW OSTROWSKY,

                Plaintiff,   **MEMORANDUM & ORDER**
                                                                                     12-CV-2439 (RRM) (JO)

  - against -

DEPARTMENT OF EDUCATION OF NYC,
et al.,

                Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

       By an Order dated April 2, 2013, this Court referred defendants' motions to dismiss for failure to state a claim to the assigned Magistrate Judge for a Report and Recommendation ("R&R"). On August 8, 2013, Magistrate Judge Orenstein issued an R&R recommending that the Court grant the defendants' motions and dismiss with prejudice all of plaintiff's claims. Magistrate Judge Orenstein reminded the parties that, pursuant to Rule 72(b), any objections to the R&R were due September 16, 2013. On September 25, 2013, the Court granted plaintiff's request to extend the time to file objections until November 4, 2013. No objections have been filed.

       Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F.Supp.2d 224, 226 (E.D.N.Y. 2007).

       Accordingly, it is hereby **ORDERED** that defendants' motions are granted and all of plaintiff's claims are dismissed with prejudice. The Clerk of Court is directed to enter judgment accordingly, and close this case.

                                                      SO ORDERED.

Dated: Brooklyn, New York                         *Roslynn R. Mauskopf*
       November 7, 2013                              _____
                                                            ROSLYNN R. MAUSKOPF
                                                             United States District Judge