UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW OSTROWSKY,

        Plaintiff,

  - against -

DEPARTMENT OF EDUCATION OF NYC,
  et al.,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
12-CV-2439 (RRM) (JO)

A Memorandum and Order having been filed this day, adopting the R&R issued by Magistrate Judge, granting defendants' motions to dismiss for failure to state a claim, and dismissing plaintiff's claims with prejudice, it is

**ORDERED AND ADJUDGED** that plaintiff's claims are dismissed with prejudice, that plaintiff take nothing of defendants, and that this case is hereby closed.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       November 7, 2013

ROSLYNN R. MAUSKOPF
United States District Judge